UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CISLO,<br><br>Defendant.<br>_____/ | Case:2:22-cr-20306<br>Judge: Michelson, Laurie J.<br>MJ: Stafford, Elizabeth A.<br>Filed: 06-15-2022 At 03:33 PM<br>USA V SEALED MATTER (LG)<br><br>Violations:<br>18 U.S.C. § 1343<br>18 U.S.C. § 1028A<br>18 U.S.C. § 1344<br>18 U.S.C. § 471<br>Forfeiture Allegations |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNTS ONE THROUGH FOUR
### (18 U.S.C. § 1343 – WIRE FRAUD)

On or about June 2018 through October 2018, the defendant MICHAEL CISLO, with the intent to defraud, knowingly devised and executed a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses and representations. The purpose of the scheme to defraud was for the defendant to obtain money and property to which the defendant was not entitled by counterfeiting checks to be drawn on accounts belonging to other individuals and entities, and depositing the counterfeit checks into accounts that the defendant had access to. For the purpose of executing this scheme to defraud, the defendant fraudulently endorsed counterfeit checks using the names and

1

signatures of other actual persons. For the purpose of executing this scheme to defraud, the defendant electronically deposited counterfeit checks into bank accounts that the defendant had access to, including bank accounts that the defendant fraudulently opened using the name, date of birth, and social security number of another actual person. On or about each of the dates set forth below, in the Eastern District of Michigan and elsewhere, the defendant MICHAEL CISLO, for the purpose of executing this scheme, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count, all in violation of Section 1343 of Title 18 of the United States Code.

| **Count** | **Date of Transmission** | **Nature of Transmission** | **Victim** | **Amount of Transaction** |
|---|---|---|---|---|
| 1 | June 22, 2018 | Electronic deposit of counterfeit business check into a Citizens Bank account, to be drawn on a Fidelity Investments business account | M.E. | $1,010.10 |
| 2 | June 24, 2018 | Electronic deposit of counterfeit business check into a Citizens Bank account to be drawn on a Fidelity Investments business account | M.E. | $1,500.00 |
| 3 | September 20, 2018 | Electronic deposit of counterfeit personal check into a JP Morgan Chase Bank personal | C.S. | $750.00 |

| | | account that the defendant fraudulently opened | | |
|---|---|---|---|---|
| 4 | September 29, 2018 | Electronic deposit of counterfeit business check into a TCF Bank account that the defendant fraudulently opened | C.S. | $1,483.39 |

## COUNTS FIVE THROUGH EIGHT
### (18 U.S.C. § 1028A – AGGRAVATED IDENTITY THEFT)

On or about the dates listed below, in the Eastern District of Michigan, the defendant MICHAEL CISLO, did knowingly use, without lawful authority, as noted below, a means of identification of another person, specifically, the name and signature of an individual whose initials were "M.E.," and the name, signature, date of birth, and social security number of an individual whose initials were "C.S.," during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), specifically, wire fraud, in violation of 18 U.S.C. § 1343, as set forth in Counts One through Four, above, knowing that the means of identification belonged to another actual person described below for each count, each use constituting a separate count, all in violation of Sections 1028A(a)(1) and 2 of Title 18 of the United States Code.

| Count | Date of Use | Nature of Use | Victim |
|---|---|---|---|
| 5 | June 22, 2018 | Electronic deposit of counterfeit business check into a Citizens Bank account, to be drawn on a Fidelity Investments business account | M.E. |
| 6 | June 24, 2018 | Electronic deposit of counterfeit business check into a Citizens Bank account to be drawn on a Fidelity Investments business account | M.E. |
| 7 | September 20, 2018 | Electronic deposit of counterfeit personal check into a JP Morgan Chase Bank personal account that the defendant fraudulently opened | C.S. |
| 8 | September 29, 2018 | Electronic deposit of counterfeit business check into a TCF Bank account that the defendant fraudulently opened | C.S. |

## COUNT NINE
### (18 U.S.C. § 1344 – BANK FRAUD)

On or about July 17, 2018, at a Monroe Bank & Trust branch at 1204 North Monroe Street, Monroe, Michigan, in the Eastern District of Michigan, the defendant MICHAEL CISLO did, with the intent to defraud and in order to execute a scheme to defraud and to obtain money in the care, custody and control of Monroe Bank & Trust, a federally insured financial institution, by means of material false and fraudulent pretenses and representations, present to a drive-up teller at Monroe Bank & Trust a counterfeit business check, to be drawn on a

4

Fidelity Investments business account belonging to an individual whose initials were "M.E." for the purpose of obtaining $1,122.55 from the account, all in violation of Section 1344 of Title 18 of the United States Code.

## COUNT TEN
## (18 U.S.C. § 1028A – AGGRAVATED IDENTITY THEFT)

On or about July 17, 2018, in the Eastern District of Michigan, the defendant MICHAEL CISLO did knowingly use, without lawful authority, a means of identification of another person, specifically, the name and signature of an individual whose initials were "M.E." during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(5), specifically, bank fraud, in violation of 18 U.S.C. § 1344, as set forth in Count Nine, above, knowing that the means of identification belonged to another actual person, all in violation of Sections 1028A(a)(1) and 2 of Title 18 of the United States Code.

## COUNT ELEVEN
## (18 U.S.C. § 1344 – BANK FRAUD)

On or about July 20, 2018, at a Fifth Third Bank branch at 7041 Schaefer Road, Dearborn, Michigan, in the Eastern District of Michigan, the defendant MICHAEL CISLO did, with the intent to defraud and in order to execute a scheme to defraud and to obtain money in the care, custody and control of Fifth Third Bank, a federally insured financial institution, by means of material false and fraudulent pretenses and representations, present to a teller at Fifth Third Bank a counterfeit

business check, drawn on a Fidelity Investments business account belonging to an individual whose initials were "M.E." for the purpose of obtaining $1,453.44 from the account, all in violation of Section 1344 of Title 18 of the United States Code.

## COUNT TWELVE
## (18 U.S.C. § 1028A – AGGRAVATED IDENTITY THEFT)

On or about July 20, 2018, in the Eastern District of Michigan, the defendant MICHAEL CISLO did knowingly use, without lawful authority, a means of identification of another person, specifically, the name and signature of an individual whose initials were "M.E." during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(5), specifically, bank fraud, in violation of 18 U.S.C. § 1344, as set forth in Count Eleven, above, knowing that the means of identification belonged to another actual person, all in violation of Sections 1028A(a)(1) and 2 of Title 18 of the United States Code.

## COUNT THIRTEEN THROUGH TWENTY
## (18 U.S.C. § 471 – COUNTERFEITING AND FORGING OBLIGATIONS OR SECURITIES OF THE UNITED STATES)

On or about September 2018 through October 24, 2018, in the Eastern District of Michigan, the defendant, MICHAEL CISLO, with intent to defraud, attempted to and did counterfeit (falsely make, forge, alter, and any applicable combination) obligations of the United States, that is, falsely made, forged and counterfeited the Federal Reserve Notes listed below, each Note constituting a separate count, all in violation of Title 18, United States Code, Section 471.

6

| Count | Quantity | Denomination | Series | Serial No. |
|---|---|---|---|---|
| 13 | One (1) | Five-dollar Federal Reserve Note | Series of 2013 | MA41915785B |
| 14 | One (1) | Ten-dollar Federal Reserve Note | Series of 2013 | MD38009491A |
| 15 | One (1) | Twenty-dollar Federal Reserve Note | Series of 2013 | ML28269116I |
| 16 | One (1) | Fifty-dollar Federal Reserve Note | Series of 2006 | EE79374572T |
| 17 | Six (6) | One-hundred-dollar Federal Reserve Notes | | B17696366 |
| 18 | Three (3) | One-hundred-dollar Federal Reserve Notes | Series of 2009A | LB34190253F |
| 19 | Three (3) | One-hundred-dollar Federal Reserve Notes | Series of 2009A | LJ13246492B |
| 20 | Two (2) | One-hundred-dollar Federal Reserve Notes | Series of 2006 | HL62546314G |

## FORFEITURE ALLEGATIONS

The allegations set forth in Counts One through Twenty of this Indictment are hereby incorporated by reference for purposes of alleging forfeiture pursuant to

the provisions of Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461(c).

As a result of the forgoing violations of Title 18, United States Code, Sections 1341 and 1343, the Defendant shall forfeit to the United States any property, real or personal, which constitutes, or is derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461(c).

If the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

    a.    Cannot be located upon the exercise of due diligence;

    b.    Has been transferred or sold to, or deposited with, a third party;

    c.    Has been placed beyond the jurisdiction of the Court;

    d.    Has been substantially diminished in value; or

    e.    Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Counts One through Twenty of this Indictment, the United States will seek a forfeiture money judgment against

the Defendant in an amount equal to the total amount of proceeds he obtained as a result of his violations of Title 18, United States Code, Sections 1341 and 1343 as alleged in this Indictment.

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


*s/Brandy R. McMillion*
BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney


*s/Paul A. Kuebler*
PAUL A. KUEBLER
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9641
paul.kuebler@usdoj.gov

Dated: June 15, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 2:22-cr-20306<br>Judge: Michelson, Laurie J.<br>MJ: Stafford, Elizabeth A.<br>Filed: 06-15-2022 At 03:33 PM<br>USA V SEALED MATTER (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: PaK |

**Case Title:** USA v. MICHAEL CISLO

**County where offense occurred:** Wayne and Monroe

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 15, 2022
Date

*Paul A. Kuebler*
Paul A. Kuebler
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9641
Fax:    (313) 226-2372
E-Mail address: paul.kuebler@usdoj.gov
Attorney Bar #: NY 4268561

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.